536 BROAD STREET CORPORATION, respondent,

*v.*

VALCO MORTGAGE COMPANY, INC., et al., appellants

[Argued February 13th, 1946. Decided June 27th, 1946.]

*Mr. John Warren,* for the appellants.

*Mr. Benjamin Weinberg,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays and reported at *135 N. J. Eq. 361.*

No. 207 (204)—

*For affirmance*—PARKER, BODINE, DONGES, HEHER, PERSKIE, RAFFERTY, DILL, JJ. 7.

*For reversal*—THE CHIEF-JUSTICE, COLIE, OLIPHANT, WELLS, FREUND, MCGEEHAN, JJ. 6.

No. 204 (207)—

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, RAFFERTY, FREUND, MCGEEHAN, JJ. 9.

*For reversal*—COLIE, OLIPHANT, WELLS, JJ. 3.

*For modification*—DILL, J. 1.